

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　PLAINTIFF<br>　　　　　v.<br>DANIEL GOMEZ-GOMEZ,<br><br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SA09MJ09<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

　　Upon motion of  GOVERNMENT  , IT IS ORDERED that a detention hearing is set for  1/13/09  , _____ , at  2:30  　☐a.m. / ☒p.m. before the Honorable  OSWALD PARADA  , in Courtroom  3  .

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　　*(Other custodial officer)*

The U.S. Marshal shall house Defendant at Eastlake Juvenile Detention Center, or any other appropriate juvenile detention facility.

Dated:  1/12/09  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge