FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF  v.  DANIEL GOMEZ-GOMEZ,  DEFENDANT(S). | CASE NUMBER  SA09MJ09  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __GOVERNMENT__, IT IS ORDERED that a detention hearing is set for __1/15/09__, ____, at __1:15__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Until further ordered by the Court, the U.S. Marshal shall house the Defendant at Eastlake Juvenile Hall. The Court recommends that Defendant's counsel, Kenneth Reed be allowed legal visitation of Defendant.

Dated: __1/13/09__

U.S. District Judge/Magistrate Judge