FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: SA09MJ09 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| DANIEL GOMEZ-GOMEZ | |
| Defendant. | |

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required (or the safety of any person or the community).

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community as set forth in 18 U.S.C. 3142(g).

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation.

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial.

//

1  Until further notice IT IS ORDERED defendant be committed to the custody of the
2  Attorney General and or U.S. Marshal for confinement at Eastlake Juvenile Hall; that
3  defendant be afforded reasonable opportunity for private consultation with counsel,
4  Kenneth Reed; and that, on order of a Court of the United States or on request of any
5  attorney for the government, the person in charge of the corrections facility in which
6  defendant is confined deliver defendant to a United States Marshal for the purpose of
7  any appearance in connection with a Court proceeding.  This order is made without
8  prejudice to reconsideration.

10  Dated: __1/15/09__

HONORABLE OSWALD PARADA
United States Magistrate Judge